UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:

EILEEN CERRATI

Debtor(s).

Case No. 25-22300
(CGM)
Chapter 13

------------------------------------------------------------------x

**REPSONSE TO OBJECTION TO LOSS MITIGATION REQUEST**

**TO: THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE**

1. I am an Attorney with The Legal Aid Society of Rockland County, attorneys for Eileen Cerrati, the Debtor in the above captioned proceedings, and am familiar with the facts and circumstances regarding this Case.

2. I respectfully submit this Response to the Objection filed by Fay Servicing, LLC ("Fay") as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust, by its attorneys, Friedman Vartolo LLP to the Debtor's Request for Loss Mitigation.

3. Fay details the history of attempts to modify the Mortgage prior to this Case and basically litigates the loss mitigation prior to the process beginning. Counsel states that Loss Mitigation would be "duplicative and moot". The opposite is the truth in this Case. As will be demonstrated if the Loss Mitigation is permitted to proceed, the Chapter 13 Filing put the Section 362 Stay in effect, stopping the Foreclosure Sale. The Debtor and her family were provided with the time to improve their financial status and are confident this will result in a successful modification of the Mortgage. In effect, the Bankruptcy process will have served its purpose.

5.   Addressing the Loss Mitigation Request itself, there has been significant improvement in the Debtor's Household Monthly Income since the filing, If the process is permitted to go forward, the Loss Mitigation Application will set forth in detail these improvements. Without "litigating" the Loss Mitigation process, I have been advised that the Debtor's Husband, in addition to his monthly business incomes, has procured additional employment. As a result, he is now grossing approximately $7,000.00 monthly. The Debtor's Disability Income has increased to $3,500.00 Monthly and the daughter continues to contribute $1,000.00 Monthly. They have been able to almost double their Monthly Household Income. Accordingly, the Income Schedule will be amended. In addition, it is anticipated that an appropriate motion regarding the second mortgage will be made shortly. The Debtor and her family have determined that financial circumstances have now changed where Loss Mitigation should be a viable course of action.  While the outcome of any Loss Mitigation is uncertain, the Debtor formally requests that Loss Mitigation be permitted to proceed. The application for a Mortgage Modification in Loss Mitigation will address these changes through new employment by the Debtor's Husband in addition to his monthly business income, increased disability benefits to the Debtor and continued contribution by their daughter.

6.  Fay's counsel sets forth in detail the history of applications for a Mortgage Modification and seems to "litigate" this Loss Mitigation matter before the process. Suffice it so say, most Bankruptcy Loss Mitigation processes have both Debtors and Banks that attempted to modify mortgages during the course of State Court Foreclosure proceedings which were unsuccessful and resulted in banks scheduling Foreclosure Sales, prompting the filing of either a Chapter 7 or Chapter 13 Case. And on numerous occasions changed circumstances have resulted in a

successful process where a permanent mortgage modification is completed during the Chapter 13 process.

**WHEREFORE,** for all of the foregoing reasons, the undersign respectfully requests that the Court permit the Debtor to proceed with Loss Mitigation, and such other and further relief as may be just and proper.

Dated: September 8, 2025
New City, New York

/s/ Eric S. Brown

Eric S. Brown, Esq.
Legal Aid Society of Rockland County
Attorneys for the Debtor Eileen Cerrati
2 Congers Road, Suite 1
New City, NY 10956
Telephone: 845 634 3627